UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-M-1099

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRANDY RENEE THAMES | ) | |

The Government's motion is hereby granted. The case is dismissed.

*Robert Jones Jr.* (signature)

DATE: _____          ROBERT B. JONES, JR.
                             UNITED STATES MAGISTRATE JUDGE